IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY WILLIAMS,
    Petitioner

    v.

DAVID J. EBBERT,
    Respondent

3:15-cv-1538

(Judge Mariani)

## ORDER

**AND NOW**, this 6th day of October, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Northern District of Florida.

2. Petitioner's motion (Doc. 2) to appoint counsel and motion (Doc. 6) to amend are left to the discretion of the transferee court.

3. The Clerk of Court is further directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge